UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:25-cr-00004-1 |
| | ) | |
| PATRICK KINCSES | ) | Judge Richardson |

## MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through Robert E. McGuire, Acting United States Attorney, and the undersigned, hereby moves this Court to substitute Assistant United States Attorney Zachary T. Hinkle in place of Assistant United States Attorney Josh Kurtzman, who is leaving the U.S. Attorney's Office, as counsel for the United States in this case.

Respectfully submitted,

ROBERT E. McGUIRE
Acting United States Attorney

By: *s/Zachary T. Hinkle*
Zachary T. Hinkle
Assistant U. S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed on November 10, 2025, with the Clerk via CM/ECF, and that a copy will be sent to defense counsel of record via CM/ECF.

*s/Zachary T. Hinkle*
Zachary T. Hinkle
Assistant United States Attorney