# UNITED STATES DISTRICT COURT

Middle District of Tennessee

UNITED STATES OF AMERICA
v
PATRICK KINCSES

## JUDGMENT IN A CRIMINAL CASE

Case Number. 2 25-cr-00004

USM Number· 13227-512

David Fletcher
Defendant's Attorney

## THE DEFENDANT:

☑ pleaded guilty to count(s) 1 of the Indictment

☐ pleaded nolo contendere to count(s) ______ which was accepted by the court.

☐ was found guilty on count(s) ______ after a plea of not guilty

The defendant is adjudicated guilty of these offenses·

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U S C § 841(a)(1), (b)(1)(C) | Possession with intent to distribute fentanyl and methamphetamine | 6/26/2025 | 1 |

The defendant is sentenced as provided in pages 2 through 6 of this judgment The sentence is imposed pursuant to the Sentencing Reform Act of 1984

☐ The defendant has been found not guilty on count(s) ______

☐ Count(s) ______ ☐ is ☐ are dismissed on the motion of the United States

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/6/2026
Date of Imposition of Judgment

Eli Richardson
Signature of Judge

Eli Richardson, United States District Judge
Name and Title of Judge

October 14, 2026
Date

DEFENDANT: PATRICK KINCSES
CASE NUMBER: 2 25-cr-00004

## PROBATION

You are hereby sentenced to probation for a term of:

60 months

## MANDATORY CONDITIONS

1 You must not commit another federal, state or local crime
2 You must not unlawfully possess a controlled substance
3 You must refrain from any unlawful use of a controlled substance You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court
   ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse *(check if applicable)*
4 ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5 ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C § 20901, *et seq* ) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense *(check if applicable)*
6 ☐ You must participate in an approved program for domestic violence *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664 *(check if applicable)*
8 You must pay the assessment imposed in accordance with 18 U S C § 3013.
9 If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment
10 You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

DEFENDANT: PATRICK KINCSES
CASE NUMBER: 2 25-cr-00004

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition

1 You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame
2 After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed
3 You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer
4 You must answer truthfully the questions asked by your probation officer
5 You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6 You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view
7 You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8 You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer
9 If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers)
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk
13 You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at. www uscourts gov

Defendant's Signature ______________________ Date ______________

DEFENDANT. PATRICK KINCSES
CASE NUMBER· 2 25-cr-00004

## SPECIAL CONDITIONS OF SUPERVISION

1. You shall participate in a program of drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the United States Probation Office. You shall pay all or part of the cost for substance abuse treatment if the United States Probation Office determines you have the financial ability to do so or have appropriate insurance coverage to pay for such treatment.

2. You must not use or possess any controlled substances without a valid prescription. If you do have a valid prescription, you must disclose the prescription information to the probation officer and follow the instructions on the prescription.

3 You shall furnish all financial records, including, without limitation, earnings records and tax returns, to the United States Probation Office upon request.

4 You shall participate in a cognitive behavioral therapy (CBT) program as directed by the United States Probation Office. You shall pay all or part of the cost for CBT if the United States Probation Office determines you have the financial ability to do so or have appropriate insurance coverage to pay for such treatment.

DEFENDANT: PATRICK KINCSES
CASE NUMBER: 2 25-cr-00004

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total cıımınal monetary penaltıes undeı the schedule of payments on Sheet 6

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100 00 | $ | $ | $ | $ |

☐ The determınation of ıestitution is defeııed until __________ An *Amended Judgment ın a Crımınal Case (AO 245C)* will be enteıed afteı such determınatıon.

☐ The defendant must make ıestitution (including community ıestitutıon) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall ıeceıve an approxımately pıoportioned payment, unless specified otheıwıse ın the priority order or percentage payment column below. However, puısuant to 18 U S C § 3664(ı), all nonfederal vıctıms must be paıd befoıe the Unıted States ıs paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS** | $ 0 00 | $ 0 00 | |

☐ Restıtutıon amount oıdeıed puısuant to plea agıeement $ __________

☐ The defendant must pay ınteıest on ıestitution and a fine of moıe than $2,500, unless the ıestıtutıon or fine ıs paıd ın full befoıe the fifteenth day after the date of the ȷudgment, puısuant to 18 U S C § 3612(f) All of the payment options on Sheet 6 may be subject to penalties foı delinquency and default, puısuant to 18 U S C § 3612(g)

☐ The court determıned that the defendant does not have the abılıty to pay ınteıest and ıt is oıdeıed that

☐ the inteıest ıequirement ıs waived foı the ☐ fine ☐ ıestitution.

☐ the ınteıest requıı ement for the ☐ fine ☐ ıestitutıon is modified as follows·

* Amy, Vicky, and Andy Chıld Poınogıaphy Vıctım Assistance Act of 2018, Pub. L. No. 115-299
** Justice for Vıctıms of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Fındıngs for the total amount of losses are ıequıred under Chapteıs 109A, 110, 110A, and 113A of Title 18 for offenses commıtted on or after Septembeı 13, 1994, but befoıe Apııl 23, 1996

DEFENDANT: PATRICK KINCSES
CASE NUMBER. 2 25-cr-00004

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows·

**A** ☐ Lump sum payment of $ ____________ due immediately, balance due

☐ not later than ____________________, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below, or

**B** ☑ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal __________ *(e g , weekly, monthly, quarterly)* installments of $ ________ over a period of __________ *(e g , months or years)*, to commence __________ *(e g , 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal __________ *(e g , weekly, monthly, quarterly)* installments of $ ________ over a period of __________ *(e g , months or years)*, to commence __________ *(e g , 30 or 60 days)* after release from imprisonment to a term of supervision, or

**E** ☐ Payment during the term of supervised release will commence within __________ *(e g , 30 or 60 days)* after release from imprisonment The court will set the payment plan based on an assessment of the defendant's ability to pay at that time, or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties·

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed

☐ Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution

☐ The defendant shall pay the following court cost(s)

☐ The defendant shall forfeit the defendant's interest in the following property to the United States.

Payments shall be applied in the following order. (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs